# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Martell B. Bland,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Core Civic Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00886-JAD-DJA<br><br>**Report & Recommendation** |

After the Court denied his application to proceed *in forma pauperis* for being incomplete, the Court gave Plaintiff until July 29, 2022, to file a complete application or pay the filing fee. (ECF No. 4). That deadline has passed. In ordering Plaintiff to file a complete application, the Court explained that "failure to timely comply with this order may result in a recommendation that this case be dismissed. (*Id.*). To date, the Court has not received a complete application.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: August 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE