UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Martell B. Bland, | Case No.: 2:22-cv-00886-JAD-DJA |
| Plaintiff | |
| v. | **Order re: Report and Recommendation** |
| Core Civic Inc., et al., | [ECF No. 5] |
| Defendants | |

Plaintiff Martell B. Bland claims that he suffered civil-rights violations while detained at the Nevada Southern Detention Center. The magistrate judge denied Bland's application to proceed *in forma pauperis* because Bland failed to include a copy of his inmate account statement as required, and Bland was ordered to file a new, complete application by July 29, 2022, or face dismissal.[1] The court did not receive a new application from Bland, so the magistrate judge now recommends that this case be dismissed without prejudice.[2] Bland objects to that recommendation, explaining that he "sent in the required documents on or about 6/16/2022," but he was never told whether the court received them.[3] It didn't.

The court accepts Bland's representations at face value and will give him one more opportunity to submit a complete *in forma pauperis* application. He must do so by January 6, 2023. His original application (the only one that this court has received from him in this case)[4] was denied as incomplete because it did not include a copy of his inmate account statement.[5]

---

[1] ECF No. 4.
[2] ECF No. 5.
[3] ECF No. 6.
[4] ECF No. 1.
[5] ECF No. 4.

IT IS THEREFORE ORDERED that the Report and Recommendation **[ECF No. 5] is REJECTED** and Bland's objection **[ECF No. 6] is SUSTAINED.**

**The Clerk of Court is directed to SEND** the plaintiff an *in forma pauperis* application for prisoners and filing instructions, along with a copy of his complaint and this order.  **Plaintiff has until January 6, 2023, to file a new and complete *in forma pauperis* application.**  If he fails to do so by that date, this action will be dismissed without prejudice and without further prior warning.  Plaintiff is further advised that this court does not respond to letters requesting status, and no summonses will be issued in this case until the court orders the Clerk of Court to issue summonses.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 7, 2022