UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Martell B. Bland,<br><br>　　　　Plaintiff<br><br>v.<br><br>United States Marshals Service, et al.,<br><br>　　　　Defendants | Case No.: 2:22-cv-0886-JAD-DJA<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF No. 10] |

　　　　The magistrate judge has screened Plaintiff Martell B. Bland's complaint in this case and recommends that Plaintiff's claims against the United States Marshals Service; Correction Corporation of America; CoreCivic, Inc.; Damon T. Hininger; Nevada Southern Detention Center; A. Thornton; J. Peterson; and Mr. Silva be dismissed without leave to amend because amendment would be futile, and that his claims against Marshal Theo Anderson be dismissed with leave to attempt to plead sufficient facts to state a claim against Anderson.[1]  The deadline for Bland to object to that recommendation expired without Bland filing anything or asking to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

　　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 10] is ADOPTED** in its entirety.  **Plaintiff's claims against the**

---

[1] ECF No. 10.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**United States Marshals Service; Correction Corporation of America; CoreCivic, Inc.; Damon T. Hininger; Nevada Southern Detention Center; A. Thornton; J. Peterson; and Mr. Silva are DISMISSED with prejudice** and without leave to amend because amendment would be futile, and the Clerk of Court is directed to TERMINATE these parties from this action.

IT IS FURTHER ORDERED that **Bland's claims against Marshal Theo Anderson are DISMISSED with leave** to file an amended complaint with sufficient facts to state a claim against Anderson, consistent with the instructions given by the magistrate judge in the report and recommendation [ECF No. 10]. **If Bland chooses to file an amended complaint against Anderson, he must do so by June 22, 2023. If he fails to file an amended complaint by this deadline, this action will be dismissed in its entirety and closed without further prior notice.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 21, 2023